# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>X-CEL FEEDS, INC., a corporation,<br>JOHN H. WRIGLESWORTH and JULIE<br>L. WRIGLESWORTH, individuals,<br><br>　　　　Defendants. | CASE NO: CO3-5378-RBL<br><br>ORDER DISSOLVING CONSENT DECREE DATED JULY 21, 2003<br>[~~PROPOSED~~] |

Defendants, X-CEL FEEDS, INC., JOHN H. WRIGLESWORTH and JULIE L. WRIGLESWORTH, (collectively "Defendants") through their attorney L. PAUL ALVESTAD of the LAW OFFICES OF L. PAUL ALVESTAD, PLLC, having filed a Motion to Dissolve the Consent Decree dated July 21, 2003 (the "Decree"), and the Plaintiff, THE UNITED STATES OF AMERICA, having appeared but did not oppose the Defendants' motion;

It is hereby ORDERED, ADJUDGED AND DECREED that:

1. This Court has retained jurisdiction over all matters contained in the Decree;

2. That the Consent Decree of Permanent Injunction which was signed by this Court on July 21, 2003 is hereby dissolved.

SO ORDERED:

DATED this 15th day of December, 2008.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

LAW OFFICES OF L. PAUL ALVESTAD, PLLC

By      s/ L. Paul Alvestad
          WSBA #10892
          LAW OFFICES OF L. PAUL ALVESTAD, PLLC
          1145 Broadway Plaza, Suite 1380
          Tacoma, WA 98402
          Telephone: (253) 383-0775
          Fax: (253) 383-1717
          E-mail: lpa@Alvestadlaw.com

Order Dissolving Consent Decree
Dated July 21, 2003- 2

**Law Offices of L. Paul Alvestad, PLLC**
A Professional Limited Liability Company
1145 Broadway Plaza, Suite1380 • Tacoma, Washington 98402
Telephone (253) 383-0775 • Fax (253)383-1717